IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| *ex rel.* | : | |
| KELLY RENEE WELLS, | : | FILE NO._____ |
| | : | |
| Plaintiffs, | : | |
| | : | **FILED UNDER SEAL** |
| v. | : | **PURSUANT TO** |
| | : | **31 U.S.C. § 3730(b)(2)** |
| SAFAVIEH INC.; | : | |
| SAFAVIEH GROUP LLC; | : | **C v 4 1 4   1 7 7** |
| SAFAVIEH INTL LLC; | : | |
| SAFAVIEH HOME LLC; | : | |
| TARGET CORPORATION; | : | DO NOT PLACE IN PRESS BOX |
| THE HOME DEPOT, INC.; | : | DO NOT ENTER ON PACER |
| LOWE'S COMPANIES, INC.; | : | |
| OVERSTOCK.COM, INC.; | : | |
| WAYFAIR LLC; | : | |
| WAL-MART STORES, INC.; and | : | JURY TRIAL DEMANDED |
| AMAZON.COM, INC., | : | |
| | : | |
| Defendants. | : | |

## COMPLAINT

Plaintiff Kelly Renee Wells ("Relator") brings this action to recover

damages and civil monetary penalties on behalf of the United States of America

arising from violations of the Civil False Claims Act, 31 U.S.C. § 3729 *et seq.*, by

Defendant Safavieh Inc., Defendant Safavieh Group LLC, Defendant Safavieh Intl

LLC, Defendant Safavieh Home LLC (collectively referred to as "Safavieh"),

Defendant Target Corporation ("Target"), Defendant The Home Depot, Inc.

("Home Depot"), Defendant Lowe's Companies, Inc. ("Lowe's"), Defendant

Overstock.com, Inc. ("Overstock"), Defendant Wayfair LLC ("Wayfair"),

Defendant Wal-Mart Stores, Inc. ("Walmart"), and Defendant Amazon.com, Inc.

("Amazon") (collectively referred to as "the Defendants").

## SUMMARY OF THE FALSE CLAIMS

1.     Safavieh has classified wooden bedroom furniture from the People's Republic of China ("China") as non-bedroom furniture on customs forms since at least 2009 in order to avoid steep antidumping duties.

2.     Target, Home Depot, Lowe's, Overstock, Wayfair, Walmart, and Amazon have purchased the imported Chinese wooden bedroom furniture from Safavieh for sale in their stores and online websites.

3.     Target, Home Depot, Lowe's, Overstock, Wayfair, Walmart, and Amazon have conspired with Safavieh to defraud the United States of America by agreeing to classify wooden bedroom furniture as non-bedroom furniture, avoid payment of antidumping duties, and gain a competitive advantage over other retailers.

4.     In addition to its involvement in the above-mentioned conspiracy, Target has also independently classified wooden bedroom furniture from the People's Republic of China ("China") as non-bedroom furniture on customs forms since at least 2013 in order to avoid steep antidumping duties.

2

5.     As a result, the Defendants have evaded significant antidumping duties for at least five years and have financially damaged retailers who have not been involved in the fraudulent scheme by flooding the market with cheap Chinese wooden bedroom furniture.

## PARTIES, JURISDICTION, AND VENUE

6.     Relator brings this action on behalf of the United States of America against the Defendants for treble damages and civil penalties arising from the Defendants' false statements and false claims in violation of the Civil False Claims Act, 31 U.S.C. § 3729 *et seq.*

7.     Relator is a citizen of the United States and a resident of Huntsville, Alabama.

8.     For years, Relator has been heavily involved in the wooden furniture industry in America including the purchasing and selling of wooden bedroom furniture from China. For approximately ten years, Relator has owned and operated online furniture retail businesses specializing in imported bedroom furniture.

9.     Safavieh is a corporation formed under the laws of the State of New York with its principal office located at 40 Harbor Park Drive, Port Washington, New York 11050. Safavieh is a 100-year-old entity that began as a supplier of antique oriental rugs. In recent years, Safavieh began to import furniture from

3

China and sell the furniture in the United States to various retailers. This furniture, including wooden bedroom furniture, is now sold at some of America's largest retail stores. Many of Safavieh's shipments of Chinese wooden bedroom furniture enter the United States through the Port of Savannah. Upon information and belief, these shipments cleared customs in Savannah because Savannah was the final port of entry.

10.    Target is a corporation formed under the laws of the State of Minnesota with its principal office at 1000 Nicollet Mall, TPS-2672, Minneapolis, Minnesota, 55403. Target operates department stores throughout the United States including stores in the Southern District of Georgia.

11.    Target has been selling Safavieh furniture in recent years and currently sells Chinese wooden bedroom furniture from Safavieh in its department stores and through its online website. Target also sells its own Chinese wooden bedroom furniture that it directly imported.

12.    Home Depot is a corporation formed under the laws of the State of Delaware with its principal office located at 2455 Paces Ferry Road, Atlanta, Georgia 30339. Home Depot operates stores throughout the United States including stores in the Southern District of Georgia.

4

13.   Home Depot has been selling Safavieh furniture in recent years and currently sells Chinese wooden bedroom furniture from Safavieh in its department stores and through its online website.

14.   Lowe's is a corporation formed under the laws of the State of North Carolina with its principal office located at 1605 Curtis Bridge Road, Wilkesboro, North Carolina 28691. Lowe's operates stores throughout the United States including stores in the Southern District of Georgia.

15.   Lowe's has been selling Safavieh furniture in recent years and currently sells Chinese wooden bedroom furniture from Safavieh in its department stores and through its online website.

16.   Overstock is a corporation formed under the laws of the State of Delaware with its principal office located at 6350 S 3000 E Salt Lake City, Utah, 84121. Overstock is an online retailer that offers for sale and sells goods to individuals throughout the United States including individuals in the Southern District of Georgia.

17.   Overstock has been selling Safavieh furniture in recent years and currently sells Chinese wooden bedroom furniture from Safavieh through its online website.

18.   Wayfair is a company formed under the laws of the State of Delaware with its principal place of business located at 177 Huntington Avenue, Suite 6000,

5

Boston, Massachusetts 02115. Wayfair is an online retailer that offers for sale and sells goods to individuals throughout the United States including individuals in the Southern District of Georgia.

19.     Wayfair has been selling Safavieh furniture in recent years and currently sells Chinese wooden bedroom furniture from Safavieh through its online website.

20.     Walmart is a corporation formed under the laws of the State of Delaware, with its principal office located at 702 SW 8th Street, Bentonville, Arkansas 72716. Walmart operates department stores throughout the United States, including several department stores in the Southern District of Georgia.

21.     Walmart has been selling Safavieh furniture in recent years and currently sells Chinese wooden bedroom furniture from Safavieh in its department stores and through its online website.

22.     Amazon is a corporation formed under the laws of the State of Delaware, with its principal office located at 410 Terry Avenue North, Seattle, Washington 98109. Amazon is an online retailer that offers for sale and sells goods to individuals throughout the United States including individuals in the Southern District of Georgia.

6

23.     Amazon has been selling Safavieh furniture in recent years and currently sells Chinese wooden bedroom furniture from Safavieh through its online website.

24.     This action arises under the False Claims Act, 31 U.S.C. § 3729 *et seq*. This Court has original federal question jurisdiction over the claims asserted herein pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1345, and 31 U.S.C. § 3730(b).

25.     The Court has personal jurisdiction over the Defendants pursuant to 31 U.S.C. § 3732(a) which provides that, "[a]ny action under section 3730 may be brought in any judicial district in which the defendant or, in the case of multiple defendants, any one defendant can be found, resides, transacts business, or in which any act proscribed by section 3729 occurred." At all times relevant to this action, the Defendants have transacted business in the Southern District of Georgia. Additionally, the Defendants have committed numerous False Claims Act violations in this federal judicial district as described in this Complaint.

26.     Venue is proper in this Court pursuant to 31 U.S.C. § 3732(a) because, at all times relevant to this action, the Defendants have transacted business in the Southern District of Georgia. Additionally, the Defendants have committed numerous False Claims Act violations in this federal judicial district as described in this Complaint. Venue is also proper pursuant to 28 U.S.C. § 1391(c).

7

27.   This action is not based upon the public disclosure of allegations or transactions in the defined categories of hearings, reports, and news media identified in 31 U.S.C. § 3730(e)(4)(A).  If there has been a public disclosure of any of the allegations underlying this action, Relator qualifies as the "original source" of information pursuant to 31 U.S.C. § 3730(e)(4)(B).

## FACTS

### Customs Laws and Forms

28.   The preceding paragraphs are re-alleged and incorporated by reference as if fully set forth herein.

29.   The United States of America (hereafter referred to as the "United States" or "U.S."), through the Bureau of Customs and Border Protection ("CBP"), a division of the U.S. Department of Homeland Security, collects duties and penalties on the importation of goods into the United States pursuant to the Tariff Act of 1930, 19 U.S.C. § 1202 *et seq*.

30.   The U.S. International Trade Commission (hereafter referred to as the "USITC") and the U.S. Department of Commerce (hereafter referred to as the "Department of Commerce") are responsible for conducting antidumping and countervailing duty investigations.

31.   The Tariff Act of 1930 allows for industries in the United States to petition the USITC and the Department of Commerce for relief from imported

8

goods sold in the United States at less than fair value (a practice known as "dumping") or that benefit from countervailing subsidies provided by foreign governments.

32.    If it is determined that dumping is occurring and that an industry in the United States is being materially injured or threatened by the dumping, the Department of Commerce may issue an antidumping duty order to offset the dumping.

33.    On January 4, 2005, the U.S. Department of Commerce published in the Federal Register (70 FR 329) an antidumping duty order on all wooden bedroom furniture imported into the United States from China.

34.    According to the Department of Commerce's order, antidumping duties on wooden bedroom furniture from China ranged anywhere from 0.83% to 198.08% depending on the manufacturer. Since 2005, the schedule has been amended multiple times to provide for differing duties depending on the manufacturer.

35.    If a Chinese manufacturer is not specifically listed by the Department of Commerce in the order, the manufacturer falls under a general category referred to as "PRC-Wide". In 2005, the PRC-Wide rate carried an antidumping penalty of 198.08%. This rate was eventually increased to 216.01%.

9

36. The Department of Commerce's order defines wooden bedroom furniture as the following: "*Wooden bedroom furniture is generally, but not exclusively, designed, manufactured, and offered for sale in coordinated groups, or bedrooms, in which all of the individual pieces are of approximately the same style and approximately the same material and/or finish. The subject merchandise is made substantially of wood products, including both solid wood and also engineered wood products made from wood particles, fibers, or other wooden materials such as plywood, oriented strand board, particle board, and fiberboard, with or without wood veneers, wood overlays, or laminates, with or without non-wood components or trim such as metal, marble, leather, glass, plastic, or other resins, and whether or not assembled, completed, or finished.*"

37. The Department of Commerce's order then gives numerous examples of what constitutes wooden bedroom furniture including, but not limited to, the following: "*night tables, night stands, dressers, commodes, bureaus, mule chests, gentleman's chests, wardrobes, vanities...chests of drawers, narrow chest of drawers, armoires*" and "*other bedroom furniture consistent with the above list.*"

38. The Harmonized Tariff Schedule of the United States (hereafter referred to as "the HTS") is the principal resource used for determining tariff classifications for imported goods into the United States. The HTS is published and maintained by the USITC.

10

39. There are over 17,000 unique ten-digit HTS classification codes. Each unique code informs CBP of the correct duty or penalty for any given imported good.

40. CBP is solely authorized to interpret the HTS, issue legally binding rulings or advice on tariff classifications, to administer customs laws, and to collect all duties and penalties on behalf of the United States.

41. When a company in the United States imports goods from a foreign country, it must submit a Form 7501 to CBP. This form is generally sent electronically.

42. Among other things, a completed Form 7501 details the importer of record, country of origin, U.S. Port of lading, the consignee, a description of the merchandise, quantity of units, and the total value of the goods.

43. Under the description of the goods, the importer is required to fill in a box labeled "HTSUS" which is where the importer enters the HTS classification code. The importer is also required to provide a description of the goods on other entry documentation.

44. If the incorrect HTS classification code is entered on the Form 7501 or if a false description is used on entry documentation and submitted to CBP, the importing party may evade the required duty or penalty on the goods being imported.

45. In 1993, Congress passed the Customs Modernization Act to amend the Tariff Act of 1930.

46. Prior to enactment of the Customs Modernization Act, an importer was required to describe the merchandise and relay the cost to CBP. It was CBP's responsibility to classify the goods and determine their value (appraise the goods to allow the correct duty to be applied).

47. As a result of the enactment of the Customs Modernization Act, it is now the responsibility of the importer of record to use "reasonable care" to "enter", "classify", and "value" the goods and to provide any other information necessary to enable CBP to assess the correct duties, collect accurate statistics, and determine whether all other applicable requirement are met. 19 U.S.C.A. § 1484.

48. Thus, the importer of record is ultimately responsible and liable for the correctness of the entry documentation presented to CBP and all applicable duties, taxes, fees, and penalties. *See also*, United States v. Optrex America, Inc., 32 C.I.T. 620 (2008), finding "it is well settled that the *importer* bears responsibility for classification of its merchandise."

49. Under the Customs Modernization Act, importers are expected to be compliant with customs regulations by seeking guidance though various channels both before and after the entry of goods.

50.    19 U.S.C.A. § 1592(c) establishes civil penalties for introducing goods into the United States by means of any material and false statement. The severity of the penalty depends on whether the violation was committed with fraud, gross negligence, or negligence. For instance, a fraudulent violation is punishable by a civil penalty in an amount not to exceed the lesser of the domestic value of the merchandise or four times the lawful duties, taxes, and fees.

51.    19 U.S.C.A. § 1592(d) further provides: "...if the United States has been deprived of lawful duties, taxes, or fees as a result of a violation of subsection (a) of this section, the Customs Service shall require that such lawful duties, taxes, and fees be restored, whether or not a monetary penalty is assessed."

52.    Falsely classifying goods on entry documentation is also a crime. 18 U.S.C.A. § 542 provides whoever "introduces...into the commerce of the United States any imported merchandise... by means of any false statement in any declaration without reasonable cause to believe the truth of such statement...[s]hall be fined for each offense under this title or imprisoned not more than two years, or both." 18 U.S.C.A. § 541 also provides: "Whoever knowingly effects any entry of goods, wares, or merchandise, at less than the true weight or measure thereof, or upon a false classification as to quality or value, or by the payment of less than the amount of duty legally due, shall be fined under this title or imprisoned not more than two years, or both."

13

53. An individual who falsifies a Form 7501 may also be guilty of wire fraud under 18 U.S.C. § 1343 which carries a possible sentence of twenty years. An individual who knowingly makes a false classification may also be guilty of making a false statement under 18 U.S.C. § 1001 which carries up to five years in prison.

54. Wooden bedroom furniture from China has a HTS classification code beginning with 9403.50.

### The Scheme to Defraud the United States: Safavieh and its Retailers

55. The preceding paragraphs are re-alleged and incorporated by reference as if fully set forth herein.

56. Safavieh has been importing wooden bedroom furniture from various Chinese manufacturers since at least January of 2009 and continues to do so to the present day.

57. There are more than 80 distinct pieces of bedroom furniture that Safavieh has imported during this timeframe (collectively referred to as "the Safavieh Bedroom Furniture") (*See*, Exhibit 1, a list of the pieces of furniture that Relator believes are being imported without the payment of antidumping duties).

58. Among the Chinese manufacturers used to make Safavieh's wooden bedroom furniture during this time frame are Minhou Minxing Weaving Co.,

14

Fujian Anxi Hengxing Crafts Co., Fuzhou Senwell Furniture, and Xiamen Nature and Home Trends Co.

59.     For example, Safavieh sells a nightstand that it calls the "*Dodger Side Table*" (Safavieh Item No. AMH4034A) (*See*, Exhibit 2a).  This piece of Safavieh Bedroom Furniture is made by Minhou Minxing Weaving Co. (*See*, Exhibit 2b).

60.     It is unknown if there are other large manufacturers for Safavieh's wooden bedroom furniture, because Safavieh will often fail to list the manufacturer on the shipping documents and customs forms.

61.     All of these manufacturers, however, fall under the PRC-Wide rate meaning that an antidumping duty of 216.01% is attached to their wooden bedroom furniture.

62.     The Safavieh Bedroom Furniture is clearly wooden bedroom furniture for purposes of the Department of Commerce's January 4, 2005 order and therefore subject to antidumping duties.

63.     Upon information and belief, Safavieh has never sought any guidance or requested a determination from CBP on how the Safavieh Bedroom Furniture should be classified.

64.     On each shipment of the Safavieh Bedroom Furniture into the United States since at least January of 2009, Safavieh knowingly submitted or caused to be submitted a Form 7501 and/or other entry documentation indicating that the

Safavieh Bedroom Furniture was not wooden bedroom furniture. By doing so, Safavieh was able to avoid antidumping duties.

65.     After importing the Safavieh Bedroom Furniture, Safavieh sells the Safavieh Bedroom Furniture to various retailers around the country including Target, Home Depot, Lowe's, Overstock, Wayfair, Walmart, and Amazon (hereafter collectively referred to as "the Retailers"). The Safavieh Bedroom Furniture is sold to the Retailers at a reduced rate as a result of the avoidance of the antidumping duties.

66.     On its website, Safavieh attempts to conceal the true identity of the Safavieh Bedroom Furniture by classifying the furniture as non-bedroom furniture and by assigning deceptive names to the pieces of furniture.

67.     First, Safavieh places all of its wooden bedroom furniture under categories called *"Accent Tables"* and *"Storage/cabinet"* (*See,* http://www.safavieh.com/furniture/collections). Second, deceptive names are assigned to the pieces of bedroom furniture.

68.     Nonetheless, the Safavieh Bedroom Furniture is clearly bedroom furniture and is marketed by Safavieh as such. Safavieh markets the Safavieh Bedroom Furniture as bedroom furniture by the item description as well as by showcasing pieces of the Safavieh Bedroom Furniture in bedroom settings.

16

69.     For instance, under *"Storage/cabinet"*, Safavieh lists what it calls the *"Everley three-drawer chest"* (Item No. AMH1518A). This three-drawer chest is clearly a wooden dresser that is designed and made for the bedroom (*See*, Exhibit 3a). Despite being labeled as *"storage"* and called a *"chest"*, the item description reads: *"An elegant transitional design, the Everley three-drawer chest by Safavieh is masterfully crafted of fir in washed tan finish over grey. Brimming with designer details, this bedroom or living room chest complements traditional and eclectic interiors."*

70.     Safavieh also advertises the Everley three-drawer chest in a bedroom setting on its website. Specifically, Safavieh advertises what it calls the *"Coastal Retreat Bedroom"* and showcases the Everley three-drawer chest in a bedroom next to a bed (*See*, Exhibit 3b).

71.     In the *"Coastal Retreat Bedroom"* picture, a website user will also see a nightstand next to the bed. Safavieh, however, refers to this nightstand as the *"Lori End Table"* (Item No. AMH6576A). This nightstand is featured under the *"Accent Tables"* category of the Safavieh website. (*See*, Exhibit 3c).

72.     On its website, Safavieh also displays other pieces of the Safavieh Bedroom furniture in a bedroom setting. For instance, Safavieh showcases a bedroom called the *"Chelsea Loft Bedroom"* (*See*, Exhibit 3d). In the photograph, there is a nightstand next to the bed that Safavieh calls the *"Adena End Table"*

(Safavieh Item No. 6612C). Under the item description, Safavieh states the following: *"Chic and sophisticated, the contemporary Adena end table is a versatile addition to the living room or bedroom. Crafted of poplar wood with white top sitting on black Parson-style base and legs, this piece comes with a deep drawer to stow objects you need to keep close at hand. The perfect height for reading lamps, the Adena end table finishes a room with flair."* (*See,* Exhibit 3e).

73.    Safavieh also features a bedroom called the *"Safavieh 2013 Color Trend: Not-So-Mellow Yellow"* (*See,* Exhibit 3f). Next to the bed is what Safavieh calls the *"Jarome End Table"* (Safavieh Item No. AMH6627D) (*See,* Exhibit 3g). Safavieh advertises this *"end table"* with the following description: *"Classic Louis Philippe style gets a relaxed French country update in the Jarome end table with cream-toned finish on sturdy poplar. With its top drawer and lower cabinet space, Jarome offers ample storage as a pretty and practical end table in the living room or bedroom... "*

74.    Safavieh also features a bedroom on its Facebook page (*See,* Exhibit 3h). Next to the bed is what Safavieh calls the *"Griffin End Table"* (Safavieh Item No. AMH5717C) which is sold by its retailers.

75.    An example of a piece of the Safavieh Bedroom Furniture not showcased in the bedroom setting includes the *"Sherrilyn 4-drawer accent table"* (Item No. AMH6593A) which is clearly a wooden dresser. This dresser can be

found under the Storage/cabinet section of the website. Safavieh describes this piece as the following: "*The French charms of the Sherrilyn 4-drawer accent table get updated in a contemporary color palette, shown here in grey finished poplar with a contrasting white top and x-details on drawer fronts. Tall and slim, this piece will serve as a pretty lingerie chest in bedroom or bath, or brighten other rooms in need or storage.*" (*See*, Exhibit 3i).

76.    Another example is the "*Audrey Lingerie Chest*" (Item No. AMH6584A) which is also found under the Accent Tables section of the website. Safavieh describes it as the following: "*Perhaps breakfast at Tiffany's wasn't meant to be, but the soft, feminine white finish on pinewood of the Audrey Lingerie Chest lends an air of feminine Hepburn charm to any room. Its clean lines give it a visual versatility that makes it just as charming storing stationary in a home office as it is storing delicate garments in the bedroom.*" (*See*, Exhibit 3j).

77.    These are just a few examples of the many pieces of wooden bedroom furniture that Safavieh has given false names or otherwise incorrectly classified on its website in order to carry out its scheme to import the Safavieh Bedroom Furniture without paying the required duties.

78.    As further evidence that the descriptions used by Safavieh on customs documents are intentionally misleading, current advertising material by Safavieh's

retailers show that the Safavieh Bedroom Furniture is being marketed to the public as bedroom furniture.

79.     The Retailers purchased large quantities of the Safavieh Bedroom Furniture from Safavieh between at least January of 2009 and the present day.

80.     The Retailers knew that the Safavieh Bedroom Furniture was wooden bedroom furniture for purposes of customs because of the way the Retailers market the Safavieh Bedroom Furniture to the public. The Retailers also knew that Safavieh was importing the Safavieh Bedroom Furniture under the false pretense that it was non-bedroom furniture.

81.     For example, Target, under the bedroom furniture section of its website, shows a picture of a bedroom with the words "*introducing Safavieh. Beautiful bedrooms*" stamped onto the picture. In the picture, Target showcases what it calls the "*Lori End Table*" (Item No. AMH6576A) as well as a 4-drawer dresser not currently featured on Safavieh's website. (*See*, Exhibit 4a)

82.     The 4-drawer dresser is sold on Target's website as the "*Safavieh Rosaleen Dresser*". Target describes the dresser as the following: "*The epitome of country cottage style, the Louis Philippe-inspired Boyd dresser is perfect for a bedroom or entry hall. Crafted of pine wood with pretty gray painted finish and five ample drawers, each detailed with notched-corned inset panels.*" (*See*, Exhibit 4b).

20

83.   Rosaleen is a four piece collection of Safavieh furniture carried by Target. The other three pieces are individually referred to by Target as a "*side table*", "*side chest*", and a "*5 drawer chest*" despite the fact that they are clearly bedroom furniture. (*See*, Exhibit 4c).

84.   A user on the Home Depot website can click on bedroom furniture and then narrow the results down to just Safavieh products.  When this is done, several of the pieces of furniture are clearly wooden bedroom furniture including what Home Depot calls the "*Safavieh Lori Night Table*" (Safavieh Item No. AMH6576A) which, as explained above, is clearly a nightstand.  Home Depot provides the following description: "*Elegantly crafted from solid wood, the Lori Night Stand is sure to give you sweet dreams. It features 2 drawers for storage and a lovely antique white finish. Its gently curved legs will add a chic touch to any decor.*" (*See*, Exhibit 5a).

85.   Under the same bedroom furniture section, Home Depot sells the following pieces of the Safavieh Bedroom Furniture as well:

- Belfort Silver Night Stand (Safavieh Item No. FOX9019A).

- Nolan Night Table (Safavieh Item No. AMH6533A; referred to by Safavieh as the "Nolan End table").

- Audrey Lingerie Chest (Safavieh Item No. AMH6584A; referred to by Safavieh as the "Audrey Lingerie Chest").

21

- Marilyn Night Table (Safavieh Item No. AMH6575A; referred to by Safavieh as the "Marilyn End Table").

- Lilly Lingerie 6-Drawers Chest (Safavieh Item No. AMH6583A; referred to by Safavieh as a "Lingerie Chest").

- Regina Dark Brown Jewelry Armoire.

(*See*, Exhibit 5b).

86.    Under the bedroom furniture section of Lowe's website, the user can also narrow the results down by Safavieh products. When this is done, the following pieces of wooden bedroom furniture are displayed:

- White 4-Drawer Dresser (Safavieh Item No. AMH6504A; referred to by Safavieh as the "Jackson four-drawer storage cabinet");

- Dark Walnut 4-Drawer Dresser (Safavieh Item No. AMH6511A; referred to by Safavieh as the "The Andrew Storage Unit");

- White 2-Drawer Dresser (Safavieh Item No. AMH6503A; referred to by Safavieh as the "Jackson two-drawer storage cabinet").

(*See*, Exhibit 6).

87.    Overstock also sells pieces of the Safavieh Bedroom Furniture under its bedroom section. For instance, Overstock lists six pieces of the Safavieh Bedroom Furniture under its "*Nightstands*" section (*See*, Exhibit 7) including what

22

it calls the "*Cape Cod Grey Night Stand*" (Safavieh Item No. AMH5704; referred to by Safavieh as the Sabrina End Table).

88.     Overstock also advertises many other pieces of the Safavieh Bedroom Furniture as bedroom furniture.  For instance, Overstock sells the "*Sherrilyn Grey/White 4-drawer Accent Table*" (Safavieh Item No. AMH6593A) and advertises that it "*will serve as a pretty lingerie chest in bedroom or bath...*"

89.     If a user of Wayfair's website clicks on "*Nightstands*" under the bedroom section, nine Safavieh nightstands will appear (See, Exhibit 8a).  Once again, Safavieh's *Lori End Table*" (Item No. AMH6576A) is listed.  Wayfair refers to this piece as the "*Lori Nightstand in Antique White.*"

90.     If a user of Wayfair's website clicks on "*Dressers*" under the bedroom section, four Safavieh dressers will appear (See, Exhibit 8b) including the "*Rosaleen 4 Drawer Dresser*".

91.     America's largest retailer, Walmart, also advertises pieces of the Safavieh Bedroom Furniture as bedroom furniture.  If a user of Walmart's website clicks on "*Nightstands*" and narrows the results down to "*Safavieh*" furniture, twelve Safavieh nightstands will appear (*See*, Exhibit 9a) including the popular "*Lori Nightstand*" (Item No. AMH6576A).  Recall again, that Safavieh referred to this piece as the "*Lori End Table*" on its website.

92.     Walmart also sells what it calls a "*Safavieh Lilly 6-Drawer Lingerie Chest*" under the "*Dressers*" section of its website (Item No. AMH6531B) (*See*, Exhibit 9b).

93.     Amazon sells multiple Safavieh dressers under its "*Bedroom Furniture*" and "*Dressers*" section of its website (*See*, Exhibit 10a) including what it calls the "*Avignon Antiqued Cream 6-Drawer Chest*" (Safavieh Item No. AMH6583A; referred to by Safavieh as the Lilly Lingerie Chest).

94.     Amazon also sells twelve Safavieh nightstands under its "*Bedroom Furniture*" and "*Nightstands*" section of its website (*See*, Exhibit 10b) including what it calls the "*Donna Wood Night Stand*" (Safavieh Item No. AMH5704A; referred to by Safavieh as the Sabrina End Table).

95.     As major retailers that deal extensively in imported items including wooden furniture, the Retailers knew that the Safavieh Bedroom Furniture was of Chinese origin and had at least constructive knowledge through their internal shipping and customs compliance employees of the shipping records indicating that the Safavieh Bedroom Furniture came from China. Moreover, upon information and belief, all of the cartons that the Safavieh Bedroom Furniture was shipped in were clearly labeled "*Built in China*".

96.     The Retailers knew, or recklessly disregarded, the fact that the Safavieh Bedroom Furniture was subject to antidumping duties and that Safavieh

24

was not paying the antidumping duties. The Retailers were also aware that the failure to pay antidumping duties allowed the Retailers to purchase the Safavieh Bedroom Furniture at substantially lower prices.

The Scheme to Defraud the United States:
Target

97.     The preceding paragraphs are re-alleged and incorporated by reference as if fully set forth herein.

98.     Target has been importing wooden bedroom furniture from various Chinese manufacturers since at least September of 2013 and continues to do so to the present day (hereafter referred to as the Target Bedroom Furniture).

99.     Upon information and belief, Target is purchasing the Target Bedroom Furniture from PRC-Wide rate factories including many of the same PRC-Wide rate factories as Safavieh (*See*, Exhibit 11, a list of the Target Bedroom Furniture that Relator believes Target has been importing from PRC-Wide rate factories).

100.    The Target Bedroom Furniture is clearly wooden bedroom furniture for purposes of the Department of Commerce's January 4, 2005 order and therefore subject to antidumping duties.

101.    Upon information and belief, Target has never sought any guidance or requested a determination from CBP on how the Target Bedroom Furniture should be classified.

25

102.   On each shipment of the Target Bedroom Furniture into the United States since at least September of 2013, Target knowingly submitted or caused to be submitted a Form 7501 and/or other entry documentation indicating that the Target Bedroom Furniture was not wooden bedroom furniture.  By doing so, Target was able to avoid antidumping duties.

**COUNT I:**
**VIOLATION OF THE CIVIL FALSE CLAIMS ACT**
**AS TO SAFAVIEH (31 U.S.C. § 3729(a)(1)(G))**

103.   The preceding paragraphs are re-alleged and incorporated by reference as if fully set forth herein.

104.   Relator, as the original source of information regarding Safavieh's violations of the False Claims Act, has direct and independent knowledge of the information on which the allegations herein are based.

105.   Safavieh imported thousands of pieces of the Safavieh Bedroom Furniture into the United States from January of 2009 to present day.

106.   Safavieh had an obligation to pay the antidumping duties to the United States on each piece of the Safavieh Bedroom Furniture that it imported.

107.   Safavieh avoided its obligation to pay the antidumping duties on the Safavieh Bedroom Furniture that it imported by making or causing to be made a material false record or statement to CBP.

108. Safavieh knowingly and improperly made the material false record or statement as Safavieh had actual knowledge of the false information, acted in deliberate ignorance the truth or falsity of the information, or acted in reckless disregard of the truth or falsity of the information.

109. Specifically, on the Form 7501 and on other entry documentation for shipments of the Safavieh Bedroom Furniture, Safavieh knowingly and improperly entered the HTS classification code, and/or described the shipment, as non-bedroom furniture when it knew that the Safavieh Bedroom Furniture was in fact wooden bedroom furniture.

110. Safavieh falsely classified the Safavieh Bedroom Furniture for the purpose of importing goods into the United States duty-free.

111. As a consequence, Safavieh, with knowledge, falsely represented to the CBP that no duties should be assessed on the importation of the Safavieh Bedroom Furniture and successfully avoided having to pay the antidumping duties.

112. Safavieh has coordinated the importing of the Safavieh Bedroom Furniture and falsely classified and/or described the Safavieh furniture by shipping the furniture into a variety of United States ports including but not limited to Savannah, Los Angeles, Long Beach, New York, and Newark.

113. For many shipments of the Safavieh Bedroom Furniture, Safavieh fails to state the Chinese manufacturer on the shipping documents. Instead,

Safavieh will often put "*Sino Connections Logistics Inc.*" or some other non-manufacturing company.

114. Attached are spreadsheets of examples of shipments into ports in New York, Newark, Los Angeles, and Long Beach for just the months of May and June 2014 (*See*, Exhibit 12a).

115. It should also be noted that Safavieh has shipped a significant quantity of the Safavieh Bedroom Furniture into Savannah. The attached spreadsheets show shipments of wooden bedroom furniture into Savannah since July 2013 (*See*, Exhibit 12b).

116. For each of the shipments shown on the spreadsheets, Safavieh imported pieces of the Safavieh Bedroom Furniture, among other goods, and knowingly and improperly classified and/or described the Safavieh Bedroom Furniture as something other than bedroom furniture thereby avoiding antidumping duties.

117. For example, on June 19, 2014, Safavieh imported 508 units of "*Wooden Home Furniture*" from Fuzhou Senwell Furniture in China. These pieces of furniture were improperly classified (*See*, Exhibit 12a, Row 6).

118. Each of these 508 units of furniture was wooden bedroom furniture that carried with it an antidumping duty of 216.01%. By knowingly and improperly failing to classify the shipment as "*9403.50*" and failing to describe the

28

shipment as bedroom furniture on the Form 7501 and other entry documentation, Safavieh was able to avoid paying the 216.01% duty.

119.   As another example, on July 25, 2013, Safavieh imported 2,820 units of "*Wooden Furniture Wooden and Rattan Furniture Wooden and Rattan and Iron Furniture Wooden and Iron Furniture Wooden Chair*" from Fujian Anxi Hengxing Crafts Co. in China (*See*, Exhibit 12b, Row 20).

120.   Many of these 2,820 units of furniture were wooden bedroom furniture that carried with it an antidumping duty of 216.01%.  By knowingly and improperly failing to classify the shipment as "*9403.50*" and failing to describe the shipment as bedroom furniture on the Form 7501 and other entry documentation, Safavieh was able to avoid paying the 216.01% duty.

121.   As a result, Safavieh avoided the antidumping duties on these shipments of goods into the United States.

122.   Safavieh course of conduct therefore violated the False Claims Act, 31 U.S.C. § 3729, *et seq.*

## COUNT II:
## CONSPIRACY TO VIOLATE THE CIVIL FALSE CLAIMS ACT
## AS TO SAFAVIEH, TARGET, HOME DEPOT, LOWE'S, OVERSTOCK,
## WAYFAIR, WALMART, AND AMAZON
## (31 U.S.C. § 3729(a)(1)(C))

123.   The preceding paragraphs are re-alleged and incorporated by reference as if fully set forth herein.

124.   The Defendants acted, and continue to act, in concert to violate the False Claims Act by knowingly making, using, or causing to be made or used, a false record or statement material to their obligation to pay money to the United States by falsely classifying and describing that the Safavieh Bedroom Furniture was non-bedroom furniture on each Form 7501 and other entry documentation that is submitted to CBP.

125.   The Defendants also acted, and continue to act, in concert to violate the False Claims Act by knowingly concealing or knowingly and improperly avoiding or decreasing their obligation to pay or transmit money to the United States of America by failing to properly disclose that the Safavieh Bedroom Furniture is wooden bedroom furniture for purposes of antidumping duties.

126.   The Defendants committed and continue to commit overt acts described above in furtherance of the conspiracy, including but not limiting to providing a false HTS classification and description for the Safavieh Bedroom Furniture on required customs forms, purchasing the Safavieh Bedroom Furniture

30

from Safavieh with knowledge that the antidumping duties had not been paid, and selling the Safavieh Bedroom Furniture to the public and accruing greater profits due to their ability to avoid the required antidumping duties.

127.   As set forth in the preceding paragraphs, the Defendants have knowingly violated 31 U.S.C. § 3729 *et seq.* and have thereby damaged the United States by their actions in an amount to be determined at trial.

## COUNT III:
## VIOLATION OF THE CIVIL FALSE CLAIMS ACT
## AS TO TARGET (31 U.S.C. § 3729(a)(1)(G))

128.   Paragraphs 1 – 102 are re-alleged and incorporated by reference as if fully set forth herein.

129.   Relator, as the original source of information regarding Target's violations of the False Claims Act, has direct and independent knowledge of the information on which the allegations herein are based.

130.   Target imported thousands of pieces of the Target Bedroom Furniture into the United States from at least September of 2013 to present day from Chinese manufacturers with PRC-wide rates.  Many of these shipments have been into the Port of Savannah (*See*, Exhibit 13a, examples of such shipments coming into the Port of Savannah).

131. Many of the manufacturers are the same manufacturers as those used by Safavieh (*See*, Exhibit 13b, a list of shipments of the Target Bedroom Furniture from Minhou Minxing Weaving Co.).

132. On July 16, 2014, Target imported 2,294 pieces of furniture from China into Savannah that it labeled "*WOODEN FURNITURE... TARGET FURNITURE WINDHAM SIDE TABLE SHELL TC-ITEM 14372250...*" (*See*, Exhibit 13a, row 2). This piece of furniture is a nightstand that Target calls the "*Threshold Windham Side Table*" and sells in the color "*shell*" (See, Exhibit 11).

133. Target had an obligation to pay the antidumping duties to the United States on each piece of the Target Bedroom Furniture that it imported.

134. Target avoided its obligation to pay the antidumping duties on the Target Bedroom Furniture that it imported by making or causing to be made a material false record or statement to CBP.

135. Target knowingly and improperly made the material false record or statement as Target had actual knowledge of the false information, acted in deliberate ignorance the truth or falsity of the information, or acted in reckless disregard of the truth or falsity of the information.

136. Specifically, on the Form 7501 and on other entry documentation for shipments of the Target Bedroom Furniture, Target knowingly and improperly entered the HTS classification code, and/or described the shipment, as non-

32

bedroom furniture when it knew that the Target Bedroom Furniture was in fact wooden bedroom furniture.

137.   Target falsely classified the Target Bedroom Furniture for the purpose of importing goods into the United States duty-free.

138.   As a consequence, Target, with knowledge, falsely represented to the CBP that no duties should be assessed on the importation of the Target Bedroom Furniture and successfully avoided having to pay the antidumping duties.

## **PRAYER FOR RELIEF**

Relator, on behalf of herself and the United States, pray that judgment be entered against the Defendants and that forms of relief required by law and justice be awarded including:

1.   An award of treble damages, civil penalties, attorneys' fees, litigation expenses, and costs, with interest, against the Defendants, jointly and severally, in accordance with 31 U.S.C. § 3729 *et seq.* for the Defendants' violations of 31 U.S.C. § 3729(a)(1)(G) and (a)(1)(C) (and/or the preceding version of such statutory section);

2.   An award to Relator in the event that the United States continues to proceed with this action, of an amount for bringing this action in the amount of at least 15 percent of the proceeds of the action or settlement of the claims;

3.  An award to Relator in the event that the United States does not proceed with this action, in the amount of at least 25 percent of the proceeds of the action or settlement of the claims;

4.  Trial by jury;

5.  Relief to the United States and Relator both at law and equity, to which they may reasonably appear entitled.

This 15th day of August, 2014.

THE PATE LAW FIRM, LLC

Page A. Pate
Georgia Bar No. 565899
101 Marietta Street, Suite 3300
Atlanta, Georgia 30303
(404) 223-3310