IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* <br> KELLY RENEE WELLS, <br><br> Plaintiffs, <br><br> v. <br><br> SAFAVIEH INC.; <br> SAFAVIEH GROUP LLC; <br> SAFAVIEH INTL LLC; <br> SAFAVIEH HOME LLC; <br> TARGET CORPORATION; <br> THE HOME DEPOT, INC.; <br> LOWE'S COMPANIES, INC.; <br> OVERSTOCK.COM, INC.; <br> WAYFAIR LLC; <br> WAL-MART STORES, INC.; and <br> AMAZON.COM, INC., <br><br> Defendants. | CIVIL ACTION <br><br> FILE NO. CV414-177 |

## **ORDER**

Upon consideration of Relator's Motion to Administratively Reopen and Notice of Dismissal, IT IS HEREBY ORDERED that:

1. This administratively closed *qui tam* action be reopened;

2. All other contents of the Court's file in this action remain under seal and not be made public, except for all other matters occurring in this action after the date of this Order, the Relator's Complaint, the

Relator's Motion to Administratively Reopen and Notice of Dismissal, and this Order;

3. This action shall be dismissed without prejudice.

SO ORDERED this 8th day of February, 2018.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA